UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUL 2 1 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Brian E Johnson )
(Name of the plaintiff or plaintiffs) )
)
)
v. )
)
EMCO Chemical Distribution )
)
)
)
(Name of the defendant or defendants) )

CIVIL ACTION

NO. 04 C 4801

JUDGE GOTTSCHALL

MAGISTRATE JUDGE NOLAN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Brian E Johnson _____ of the county of LAKE _____ in the state of Illinois _____ .

3. The defendant is EMCO Chemical Distribution _____ , whose street address is 2100 Commonwealth Avenue _____ , (city) N. Chicago (county) Lake (state) Illinois (ZIP) 60064

(Defendant's telephone number) (847) - 689-2200 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

2100 Commonwealth Avenue (city) North Chicago (county) LAKE (state) Illinois (ZIP code) 60064

DOCKETED
JUL 2 2 2004

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) November, (day) 7, (year) 2002

**7.1** ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) December (day) 16 (year) 2002.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2. The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice*

*of Right to Sue*, which was received by the plaintiff on (month) MAY
(day) 8 (year) 2004 a copy of which *Notice* is attached to this
complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a)☐ Age (Age Discrimination Employment Act).
(b)☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(e)☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(f)☐ Religion (Title VII of the Civil Rights Act of 1964)
(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant *[check only those that apply]*

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

After coming to an agreement after EEOC mediated the first case, The Defendant did not do what they agree to do upon the day of my anniversary by give me equal pay as my co-workers and terminated me for others employees errors.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff **[check only those that apply]**

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _Compensate the Plaintiff for 3yrs At the Rate of Pay he was Discharged at for the losses he endured And the emotional stress he encountered During this process_

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Brian Johnson_

(Plaintiff's name)

_BRIAN E Johnson_

(Plaintiff's street address)

_3001 GREENBAY Rd #7CD_

(City) _North Chicago_ (State) _Illinois_ (ZIP) _60064_

(Plaintiff's telephone number) _(847) - 338 - 8619_

Date: _7/21/04_

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE -- TITLE VII / ADA/ADEA
(Conciliation Failure)

| To: Brian E. Johnson | From: Equal Employment Opportunity Commission |
|---|---|
| 1000 14th Street | 500 West Madison Street |
| North Chicago, IL 60064 | Suite 2800 |
| | Chicago, Illinois 60661 |

Certified Mail No.: 7001 0360 0000 0467 7793

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210A302373 | Percile Bryant, Investigator | (312) 353-8180 |

( See the additional information attached to this form )

The Commission has found reasonable cause to believe that your charge of employment discrimination is true but has not entered into a conciliation agreement to which you are a party because attempts to achieve such a voluntary settlement with respondent(s) have been unsuccessful.

The Commission has determined that it will not bring a civil action against the respondent(s) and accordingly is issuing this Notice of Right to Sue. With the issuance of this Notice the Commission terminates its process with respect to your charge, except that the Commission may seek status as intervenor if you decide to sue on your own behalf as described below.

If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) DAYS FROM YOUR RECEIPT OF THIS NOTICE OF RIGHT TO SUE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

Your suit may include any allegation contained in your charge of employment discrimination or any matter which was or should have been discovered by the Commission during its investigation of your charge.

On Behalf of the Commission

_____ 5-3-04 _____                    _____ John P. Rowe _____

John P. Rowe, District Director

Enclosures
    Information sheet
    Copy of Charge

cc: Respondent(s)          EMCO Chemical Distribution



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

Brian E. Johnson
1000 14th Street
North Chicago, IL 60064

Re:  Charging Party:  Brian E. Johnson
Respondent:  EMCO Chemical Distribution
EEOC Number:  210A302373

Dear Mr. Johnson:

Attached please find a Notice of Right to Sue issued on your behalf in the above referenced matter. The Commission's efforts to conciliate this matter with respondent(s) have been unsuccessful. The Commission has determined that it will not bring a lawsuit against the respondent(s). By issuing the attached Notice of Right to Sue, the Commission is terminating its processing of your charge.

The attached Notice of Right to Sue entitles you to pursue private litigation concerning your allegations against respondent(s) within 90 days of your receipt of this letter. You may wish to retain a private attorney at this time. The Commission maintains a list of attorneys who have indicated an interest in pursuing cases involving employment discrimination. The list is attached for your convenience.

If you do file suit based on this Notice of Right to Sue, it is requested that you provide us with a copy of the complaint you file in court.

On behalf of the Commission:

_5-3 04_
Date

_John P. Rowe_
John P. Rowe
District Director

Enclosures