## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **BRIAN E. JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No. 04 C 4801 |
| | ) |
| | ) |
| **EMCO CHEMICAL DISTRIBUTION** | ) Hon. Gottschall |
| | ) |
| | ) Magistrate Judge Nolan |
| Defendant. | ) |
| | ) |

## ORDER OF STIPULATION FOR DISMISSAL

This matter coming to be heard on the Parties STIPULATION FOR DISMISSAL and the court being fully apprised of the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

The matter is dismissed with prejudice, without cost to either party and with all costs having been paid.

**Dated:**

**Enter:**

_____

**THE HONORABLE JUDGE GOTTSCHALL**